MEENA *v.* PIEDMONT REALTY COMPANY.

BECK, P. J. 1. In equity causes, where extraordinary relief is sought, the trial court may pass upon and determine all demurrers in such causes at any interlocutory hearing, even before the appearance term. Ga. L. 1925, p. 97; *Ward* v. *Parks,* 166 *Ga.* 149 (142 S. E. 690).

2. The foregoing ruling disposes of the only question argued or insisted upon in the brief of counsel for the plaintiff in error.

*Judgment affirmed. All the Justices concur.*

No. 8503. DECEMBER 16, 1931.

*Ben F. Taylor Jr.,* for plaintiff.
*Thomas E. McLemore* and *Joe F. Watkins,* for defendant.